FILED

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0416

_____

JESS ROMO, et al.,

      Plaintiffs and Appellees,

   v.

USA BIOFUELS, LLC, Utah Limited Liability
Corporation; VITALITY NATURAL HEALTH
LLC; EUREKA 93 INC.; GREG RANGER;
DAVID RENDIMONTI; COREY SHIRLEY;         O R D E R
OWEN KENNEY; ROBERT LEAKER, SEAN
POLI; STEPHEN ARCHAMBEAULT; KENT
HOGGAN; VITALITY CBD NATURAL
HEALTH PRODUCTS, INC.; SURETY LAND
DEVELOPMENT; LLC, Utah Limited Liability
Corporation; and JOHN DOES 11-15,

      Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2022